NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2012-1014

LIGHTING BALLAST CONTROL LLC,

                        Plaintiff-Appellee,

v.

PHILIPS ELECTRONICS NORTH AMERICA CORPORATION,

                        Defendant,

and

UNIVERSAL LIGHTING TECHNOLOGIES, INC.,

                        Defendant-Appellant.

Appeal from the United States District Court for the Northern District of Texas in case no. 09-CV-0029, Judge Reed O'Connor.

ON MOTION

## ORDER

With the consent of Lighting Ballast Control LLC, Universal Lighting Technologies, Inc. moves for a 21-day extension of time, until May 20, 2013, to file its initial en banc brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

                                                        FOR THE COURT

<u>April 2, 2013</u>                          <u>/s/Jan Horbaly</u>
   Date                                   Jan Horbaly
                                             Clerk

cc:  Steven J. Routh, Esq.
     Jonathan T. Suder, Esq.
     Robert P. Greenspoon, Esq.
     Andrew J. Dhuey, Esq.
     David A. Skeels, Esq.
     Sten Jenson, Esq.
     John R. Inge, Esq.
     T. Vann Pearce, Jr., Esq.
     Diana M. Szego, Esq.
     Nathan K. Kelley, Esq.