**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Revised: March 16, 2012

Official Caption[1]

2012-1014

LIGHTING BALLAST CONTROL LLC,

Plaintiff-Appellee,

v.

PHILIPS ELECTRONICS NORTH AMERICA CORPORATION,

Defendant,

and

UNIVERSAL LIGHTING TECHNOLOGIES, INC.,

Defendant-Appellant.

Appeal from the United States District Court for the Northern District of Texas in case no. 09-CV-0029, Judge Reed O'Connor.

Authorized Abbreviated Caption[2]

LIGHTING BALLAST v PHILIPS ELECTRON, 2012-1014

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.