## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
### 717 MADISON PLACE, N.W.
### WASHINGTON, D.C. 20439

**JAN HORBALY**
**CLERK**

TELEPHONE: 202-275-8000

May 06, 2013

To: Robert Francis Altherr Jr.
   Paul Michael Rivard

Re:  12-1014
     Lighting Ballast Control LLC v. Philips Electronics North Am.

### NOTICE OF REJECTION

Dear Counsel:

Your recently submitted document(s) cannot be filed for the following reason(s):

- The party(ies) listed on the Entry of Appearance is/are not participating in the appeal and/or has no appellate designation. No entry of appearance is required. A motion to revise the official caption is required in order to add a non-party to the appeal.

- All PDFs submitted to the Court must be text-searchable. ECF-5(B)

If you have any questions or need assistance, please contact the Clerk's Office.

Very truly yours,

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Leonard Agneta
Andy Ivan Niranjan Corea
Andrew John Dhuey
Robert Greenspoon
John R. Inge
Sten A. Jensen

Nathan K. Kelley
Stephen Patrick McNamara
Todd M. Oberdick
T. Vann Pearce Jr.
William L. Respess
Steven J. Routh
David Arthur Skeels
Rolf Stadheim
Jonathan Tad Suder
George C. Summerfield Jr.
Diana M. Szego