**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lighting Ballast Control LLC  v.  Philips Electronics North America Corp.

No. 2012-1014

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

___ Pro Se     ✓ As counsel for:  American Bar Association
                                    Name of party

I am, or the party I represent is (select one):

___ Petitioner     ___ Respondent     ✓ Amicus curiae     ___ Cross Appellant

___ Appellant     ___ Appellee     ___ Intervenor

As amicus curiae or intervenor, this party supports (select one):

___ Petitioner or appellant     ___ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Paul M. Rivard |
| Law firm: | Banner & Witcoff, LTD |
| Address: | 1100 13th Street, NW, Suite 1200 |
| City, State and ZIP: | Washington, D.C. 20005-4051 |
| Telephone: | 202-824-3000 |
| Fax #: | 202-824-3001 |
| E-mail address: | privard@bannerwitcoff.com |

Statement to be completed by counsel only (select one):

___ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

_____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

✓ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): September 20, 2002

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

_____ Yes     ✓ No

___ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| May 16, 2013 | /s/ Paul M. Rivard |
| Date | Signature of pro se or counsel |

cc: _____

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  May 16, 2013
by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| Paul M. Rivard | /s/ Paul M. Rivard |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm    Banner & Witcoff, LTD.

Address     1100 13th Street, NW, Suite 1200

City, State, ZIP   Washington, DC 20005-4051

Telephone Number   202-824-3000

FAX Number   202-824-3001

E-mail Address   privard@bannerwitcoff.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.